# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 7/19/16

In re:   Case No.:   16−19667 JS      Chapter:   13

Sheila Lillian Cole
Debtor(s)

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A/B−J due 08/02/2016** <br> **Declaration for Schedules due 08/02/2016** <br> **Ch 13 Plan & Cert of Service due 08/02/2016** <br> **Stmt. of Fin. Affairs due 08/02/2016** <br> **Credit Counseling Certificate due 08/02/2016** <br> **Summary of Assets and Liab. due 08/02/2016** <br> **Ch 13 Income Form 122C−1 due 08/02/2016** |
| CONSEQUENCE: | **If the problem is not cured by the date below,** <br> **YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** <br> **Federal Rule of Bankruptcy Procedure 1007** <br> **Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by 8/2/16.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Mark A. Neal, Clerk of Court <br>
by Deputy Clerk, Todd Sukeena  410−962−4072

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form ntcddl (03/05)